# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LYNN COLEMAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **NEW PENN FINANCIAL LLC** | : | **No. 17-3455** |

## O R D E R

**AND NOW**, this 12th day of March, 2018, **I HEREBY ORDER** that:

1. Defendant's motion to dismiss Plaintiff's retaliation claims (Doc. No. 5) is **DENIED**.

2. Defendant shall have twenty (20) days to answer the complaint.

BY THE COURT:

*/s J. William Ditter, Jr.*
**J. WILLIAM DITTER, JR., J.**